Commonwealth *v.* Knuckles et al., Appellants.

Argued June 10, 1968. *S. Salus,* Chief Public Defender, with him *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

The judgments of sentence in all three of the above appeals are affirmed.